# EXHIBIT D

**From:** "Melissa Reis" <mreis@eqr.com>
**To:** cherylmiller18@comcast.net
**Sent:** Sunday, April 18, 2010 8:41:24 AM
**Subject:** West End Apartment Move in Details

Hi Cheryl,

Congratulations! Your new address is 10 Emerson Place, Apt 18B, Boston, MA 02114 and your lease starts on Saturday, May 1st, 2010 and ends on April 30th, 2011. On or before your lease start date there are just a few things you will have to do before you move in.

1. Call the electric company NSTAR and set up your account in your name for May 1st.. Please ask them for an ACCOUNT NUMBER, I will need this on move in day. Their number is #800-592-2000 or www.nstaronline.com. (heat, hot water, ac & gas cooking is included). You pay for electricity only.

Cable/Internet/Phone service you can either use Comcast (John Weldon #617-279-1958 John_Weldon@cable.comcast.com) or RCN (John Perry #617-593-0122).

2. Renters Insurance: We require all of our residents to have basic personal $50,000 liability. You can either use a company of your choice or we work with Assurant Solutions and they automatically email us confirmation. You can sign up with them at www.rentersdirect.com EITHER way you must have proof of insurance in order to move in.

**If you are not going to use Assurant as your provider please have Equity Residential written on your policy as an "Interested Party".

3. Please call Anne 617-973-2200 to book the freight elevator to move in your furniture. The times are either 9-1pm/1-5pm/6-8pm.

4. You will need to have one check made out to Emerson Place for your Security Deposit and one other check made out to Emerson Place for your First Months Rent. These checks MUST BE BANK CERTIFIED CHECKS OR MONEY ORDERS ONLY, its company policy. After that, rent is due on the 1st day of the month. You can pay online by using our website www.my.equityapartments.com or sign up for automatic debit through your checking account.

Monthly Rent: $2065.00

1. First months Rent: May 1st-31st $2065, minus $300 (holding deposit), plus $500 (amenity fee), which equals=$2265.00

The $500 amenity fee is a one time fee that includes the fitness center, concierge, maintenance and

freight elevator.

2. Security Deposit=$500.00

Please review the Resident Benefits, Terms & Conditions & Resident Handbook.
Please let me know what time you will be coming in to sign your lease so I can make an appointment for you.
You will be receiving a survey online if you are not "very satisfied", please let me know what I can do to make your move in process easier.

Let me know if you have any questions.
Thank you and talk to you soon!

Melissa Reis
Leasing Specialist
West End Apartments
72 Staniford Street
Boston, MA 02114
P:617-973-2210
F:617-973-2290
<<Residential Lease - Terms and Conditions - MA.pdf>>  <<Resident Handbook - National.pdf>>  <<Resident Benefits.pdf>>

---

This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email

---

3 attachments

Residential Lease - Terms and Conditions - MA.pdf
81K

Resident Handbook - National.pdf
113K

Resident Benefits.pdf
100K

---

cherylmiller18@comcast.net <cherylmiller18@comcast.net>   Sat, Apr 21, 2012 at 9:06 PM
To: "Preston W. Leonard" <prestonleonard@gmail.com>

---

**From:** "Melissa Reis" <mreis@eqr.com>
**To:** cherylmiller18@comcast.net
**Sent:** Tuesday, April 20, 2010 3:48:13 PM
**Subject:** RE: West End Apartment Move in Details